FILED
CLERK, U.S. DISTRICT COURT
NOV -8 2010
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>DANIEL EDWARD MEDINA<br><br>　　　　　Defendant. | Case No.: 10-2757 M<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed.R.Crim.P. 32.1(a)(6);<br>18 U.S.C. 3143(a)] |

　　　The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the **Southern Dist, CA** for alleged violation(s) of the terms and conditions of [his]/her [probation] [**supervised release**]; and

　　　The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

　　　The Court finds that:

A.　(✓)　The defendant has not met [his]/her burden of establishing by clear and convincing evidence that [he]/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on __nature of allegations; no verified background info__

and/or

B. ( ) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: _____

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 11/8/10

_____
UNITES STATES MAGISTRATE JUDGE